**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00078-CV

**MARIE-ALDA GILLES-GONZALEZ, PH.D, Appellant**

**V.**

**UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09517**

## ORDER

We **GRANT** appellee's April 4, 2016 unopposed second motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellee on April 6, 2016 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
            JUSTICE